**Order entered February 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01235-CV

**DAVID ALAN SHEPHERD, Appellant**

**V.**

**LAWRENCE MITCHELL, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-07702**

## ORDER

Before the Court is appellant's February 19, 2015, correspondence. In his correspondence, it appears appellant is asking for a copy of the supplemental clerk's record in this case. On the Court's own motion, we forward appellant a copy of the supplemental clerk's record. We **DIRECT** the Clerk of the Court to send a paper copy of the supplemental clerk's record in this case to appellant.

/s/     CRAIG STODDART
JUSTICE